(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tan Books & Publishers, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **36-2757809** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2020 Harrison Ave**<br>**Rockford, IL 61104-7343** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [ ] Individual(s)
- [x] Corporation
- [ ] Partnership
- [ ] Other
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7   [x] Chapter 11   [ ] Chapter 13
- [ ] Chapter 9   [ ] Chapter 12
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business   [x] Business

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [ ] | [x] | [ ] | [x] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

VOLUNTARY PETITION

(Official Form 1) (12/03) — FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Tan Books & Publishers, Inc.** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
| Location<br>Where Filed: **Northern District Of Illinois, Western Division** | Case Number:<br>**Case No.  96 B 53329** | Date Filed:<br>**1996** |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _/s/ Kenneth F. Ritz_____
Signature of Attorney for Debtor(s)
**Kenneth F. Ritz**
Printed Name of Attorney for Debtor(s)
**Ritz & Laughlin, Ltd.**
Firm Name
**728 N. Court St.**
Address
**Rockford, IL  61103**

**(815) 968-1807**
Telephone Number
**February 18, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ Thomas A. Nelson_____
Signature of Authorized Individual
**THOMAS A. NELSON**
Printed Name of Authorized Individual
**PRESIDENT**
Title of Authorized Individual
**February 18, 2005**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____    _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c))

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

**VOLUNTARY PETITION**

**United States Bankruptcy Court**
**Northern District of Illinois**

| IN RE: | Case No. |
|---|---|
| Tan Books & Publishers, Inc. | Chapter 11 |
| Debtor(s) | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Rule 1007(d) for filing in this Chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency placed the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| SAYRE, THOMAS<br>835 SHENANDOAH SHORES RD<br>FRONT ROYAL, VA 22630-6416 | | Loan | | 168,093.99 |
| LAMMERS, JAMES P<br>PO BOX 345<br>CHAMPLAIN, NY 12919-0345 | | Loan | | 161,388.90 |
| WALLER, EMIL<br>16416-160TH AVE<br>RODNEY, MI 49342 | | Loan | | 123,661.84 |
| GOMEZ, ANA MARIA<br>9507 HEMLOCK DR SE<br>HUNTSVILLE, AL 35803-1161 | | Loan | | 120,769.70 |
| BLEVINS, GEORGIA K<br>WINDFIELD VILLAGE<br>8170 SW VLAHOS DR APT 106<br>WILSONVILLE, OR 97070-6485 | | Loan | | 116,173.12 |
| ZIRKLE, WILLIAM<br>D/B/A CIRCLE ENT<br>PO BOX 222051<br>CHANTILLY, VA 20153-2051 | | Loan | | 98,478.30 |
| SABIN ROBBINS PAPER CO.<br>2283 PAYSPHERE CIR<br>CHICAGO, IL 60674-0022 | | Trade debt | | 80,422.21 |
| BENDER, DORINE<br>9 ROSALIE PL<br>COMMACK, NY 11725-3316 | | Loan | | 71,201.78 |
| BILODEAU, GERALD<br>12 CEDAR ST<br>WINOOSKI, VT 05404-1208 | | Loan | | 44,237.72 |
| ALLAIN, STELLA A<br>19 CITY HALL AVE<br>GARDNER, MA 01440-2636 | | Loan | | 38,512.65 |
| BENSING, HEDWIG C<br>4105 E 107TH ST<br>KANSAS CITY, MO 64137-1861 | | Loan | | 37,922.46 |
| AT&T<br>PO BOX 9001309<br>LOUISVILLE, KY 40290-1309 | | Utility | | 36,250.62 |
| BERKEL, LESTER<br>3319 W A ST<br>BELLEVILLE, IL 62226-6211 | | Loan | | 25,967.86 |
| ARSENAULT, GEORGE<br>20 HASKELL ST<br>BERLIN, NH 03570-1116 | | Loan | | 23,557.76 |

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Creditor | Type | Amount |
|---|---|---|
| AT&T<br>PO BOX 78522<br>PHOENIX, AZ 85062-8522 | Utility | 19,924.44 |
| BALANOFF, BORIS R<br>44 RIVERA DRIVE<br>LACOMBE<br>ALBERTA, CA | Loan | 18,290.99 |
| BARRETT, PEGGY<br>233 W MONTEBELLO AVE<br>PHOENIX, AZ 85013-1844 | Loan | 17,609.24 |
| BERKEL, JAMES<br>6 EVERGREEN LN<br>TROY, IL 62294-2944 | Loan | 15,922.51 |
| BALL, ANN<br>4726 CREEKBEND<br>HOUSTON, TX 77035 | Royalties | 15,744.00 |
| ARLETH, KARL H<br>10718 DEERWOOD RD<br>HOUSTON, TX 77042-1117 | Loan | 12,496.14 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **February 18, 2005**     Signature: *Thomas A. Nelson*

THOMAS A. NELSON, PRESIDENT
(Print Name and Title)

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS