# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| **In Re:** | **Case No. 05-70657** |
| **TAN Books & Publishers, Inc.** | **Chapter 11 Bankruptcy** |
| | **Judge Manuel Barbosa** |
| **Debtor.** | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that June 14, 2006 at 10:30 a.m. or as soon thereafter as we may be heard, we shall appear before Judge Manuel Barbosa or any other judge presiding in Room 115, 211 South Court Street, Rockford, Illinois, for a hearing on the Final Application for Interim Compensation seeking $15,885.00 for services from March 29, 2006 through April 27, 2006.

Ritz & Laughlin, Ltd., Applicant
Former attorneys for the Debtor in Possession
728 North Court Street
Rockford, Illinois  61103

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In Re:                                                    Case No.  05-70657

TAN Books & Publishers, Inc.                              Chapter 11 Bankruptcy
                                                          Judge Manuel Barbosa
Debtor.

## Final Application for Compensation

Ritz & Laughlin, Ltd. (Applicant), attorney for the debtor in possession, submits its Third Application for Fees and Expenses pursuant to § 331 of the Bankruptcy Code and Bankruptcy Rule 2016.

1. TAN Books & Publishers, Inc filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on February 18, 2005.

2. The Applicant was approved by order of the Court to be employed as attorneys for the debtor in possession.

3. The Applicant applied for interim compensation after 120 days from the original filing and on July 20, 2005 the Applicant was awarded interim compensation of $38,534.25. for services rendered from February 18, 2005 through June 17, 2005, and expenses.

4. On November 23, 2005 Ritz and Laughlin was awarded $16,942.50 for services from June 17, 2005 through October 24, 2005 and $250.00 for expenses for a total of $17,192.50.

5. On March 29, 2006 Ritz and Laughlin was awarded $20,250.00 for services from October 24, 2005 through  March 29, 2006..

6. The Applicant provided legal services  and advanced money from March 29, 2006 through April 27, 2006 as indicated in the following Projects:

### General

| | | | |
|---|---|---|---|
| Ritz     | 2.50 | $225.00 | $562.50 |
| Laughlin | 2.80 | $225.00 | $630.00 |
| | | | **$1,192.50** |

**Copyright**

| Ritz | 0.00 | $225.00 | $0.00 |
|---|---|---|---|
| Laughlin | 4.10 | $225.00 | $922.50 |

**Total** | | | **$922.50**

**Competing Plan**

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 20.40 | $225.00 | $4,590.00 |
| Laughlin | 0.70 | $225.00 | $157.50 |
| | | | $4,747.50 |

**LEEK**

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Laughlin | 0.90 | $225.00 | $202.50 |
| | | | $202.50 |

**Disclosure Statement**

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 27.80 | $ 225.00 | $6,255.00 |
| Laughlin | 1.90 | $ 225.00 | $427.50 |
| | | | $6,682.50 |

.

**Plan**

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 1.00 | $ 225.00 | $225.00 |
| Laughlin | .30 | $ 225.00 | $67.50 |
| | | | $292.50 |

**Prouhet**

| | | | |
|---|---|---|---|
| Ritz | 0.70 | $225.00 | $157.50 |
| Laughlin | 0.00 | $225.00 | $0.00 |
| **Total** | | | **$157.50** |

**Compensation**

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 4.10 | $ 225.00 | $922.50 |
| Laughlin | 1.00 | $ 225.00 | $225.00 |
| | | | $1,147.50 |

**Heidelberg Press**

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Ritz | 2.40 | $ 225.00 | $540.00 |
| | | | $540.00 |

7. Because of the vast amount of creditors, it is in the best interest of the estate that notice of the hearing on this application be limited to the United States Trustee, the members of the Creditors' Committee, the current attorney for the debtor in possession, and the attorney for the Creditors' Committee.

**Summary**

The total time spent by the Applicant from March 29, 2006 was 70.60 hours. Kenneth Ritz worked 58.90 hours. And the value of the services was $13,252.50. Thomas Laughlin worked 11.70 hours and the value of the services was $2,632.50. Hourly rates are $225.00 for each attorney.

WHEREFORE, Applicant prays that it be awarded $ 15,885.00 for services.

Ritz & Laughlin, Ltd.
Attorneys for the debtor in possession

By /s/ Kenneth F. Ritz
Illinois Bar 02347083

Certificate of Service

The undersigned certifies that on _____ he caused to be served electronically on the foregoing to following parties:

| | |
|---|---|
| Sheree Dandurand<br>Office of the U.S. Trustee<br>780 Regent Street, Suite 304<br>Madison, WI  53715 | Louis W. Levit<br>555 Skokie Blvd. Suite 500<br>Northbrook, Illinois 60062<br>Creditors' Committee |
| George Hampilos<br>208 West State St.<br>Rockford, IL 61101 | |

The undersigned certifies that on _____ he caused the foregoing Notice of Hearing to be served by US mail on the following parties

| | |
|---|---|
| Labelle, Margaret A<br>388 Geranium Ave<br>St. Paul, MN 55101-3725<br><br>James H. Krause<br>3809 Highland Ave.<br>Skaneateles, NY 13152<br>Committee Member<br><br>Joseph D. Olsen<br>Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104<br>LDR attorney<br><br>Emil Waller<br>16416-160TH Ave<br>Rodney MI 49342<br><br>James P Lammers,.<br>PO BOX 345<br>Champlain, NY 12919-0345<br><br>Janet Madigan.<br>1402 Williams Dr<br>Wall Township, NJ 07719-4435 | Jennie Ritter<br>13088 Taussig Ave.<br>Bridgeton, MO 63044<br>Committee Member<br><br>Thomas H. Sayre<br>835 Shenandoah Shores Rd.<br>Front Royal, VA 22630<br>Committee Member<br><br>Albert La Pietra<br>69 MiIlrace Dr<br>East Rochester, NY 14445-1101<br><br>Jonathan E. Strouse<br>Holland & Knight LLP<br>131 S. Dearborn St.<br>Chicago, IL 60603<br>Heidelberg Print USA<br><br>DuPont Printing & Publishing<br>c/o Bob Rivituso<br>PO Box 80030<br>Wilmington DE 19880-0030<br><br>Virginia Dwyer,<br>Revocable Trust 1988<br>8540 Brittania Dr<br>Fort Myers, FL 33912-7019 |

/s/ Kenneth Ritz