# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In Re: | Case No.  05-70657 |
| TAN Books & Publishers, Inc. | Chapter 11 Bankruptcy |
| | Judge Manuel Barbosa |
| Debtor. | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that September 6, 2006 at 10:30 a.m. or as soon thereafter as we may be heard, we shall appear before Judge Manuel Barbosa or any other judge presiding in Room 115, 211 South Court Street, Rockford, Illinois, for a hearing on the Final Application for Compensation seeking $15,885.00 for services from March 29, 2006 through April 27, 2006.

This matter was set for hearing previously on June 14, 2006, but a hearing was not held. Notice of the hearing was duly given to interested parties.   The Application is document № 236

Because of the vast amount of creditors, it is in the best interest of the estate that notice of the hearing on this application be limited to the United States Trustee, the members of the Creditors' Committee, the current attorneys for the debtor in possession, and the attorney for the Creditors' Committee.

Applicant requests $15,885.00 for services.  The total time spent by the Applicant was 70.60 hours.  Kenneth Ritz worked 58.90 hours. The value of his services was $13,252.50.  Thomas Laughlin worked 11.70 hours.  The value of the services was $2,632.50.  Hourly rates are $225.00 for each attorney.

Ritz & Laughlin, Ltd., Applicant
By /s/ Kenneth F. Ritz

### Certificate of Service

The undersigned certifies that on August 29, 2006 he caused to be served electronically on the foregoing to following parties:

| | |
|---|---|
| Sheree Dandurand<br>Office of the U.S. Trustee<br>780 Regent Street, Suite 304<br>Madison, WI  53715 | Louis W. Levit<br>555 Skokie Blvd. Suite 500<br>Northbrook, Illinois 60062<br>Creditors' Committee |

| | |
|---|---|
| George Hampilos<br>208 West State St.<br>Rockford, IL 61101 | Ronald Peterson<br>RPeterson@Jenner.com |

  The undersigned certifies that on August 29, 2006 he caused the foregoing Notice of Hearing to be served by US mail on the following parties**:**

| | |
|---|---|
| Margaret A Labelle<br>388 Geranium Ave<br>St. Paul, MN 55101-3725<br><br>James H. Krause<br>3809 Highland Ave.<br>Skaneateles, NY 13152<br>Committee Member<br><br>Joseph D. Olsen<br>Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104<br>LDR attorney<br><br>Emil Waller<br>16416-160TH Ave<br>Rodney MI 49342<br><br>James P Lammers<br>PO BOX 345<br>Champlain, NY 12919-0345 | Jennie Ritter<br>13088 Taussig Ave.<br>Bridgeton, MO 63044<br>Committee Member<br><br>Thomas H. Sayre<br>835 Shenandoah Shores Rd.<br>Front Royal, VA 22630<br>Committee Member<br><br>Albert La Pietra<br>69 MiIlrace Dr.<br>East Rochester, NY 14445-1101<br><br>Virginia Dwyer,<br>Revocable Trust 1988<br>8540 Brittania Dr.<br>Fort Myers, FL 33912-7019<br><br>Janet Madigan.<br>1402 Williams Dr.<br>Wall Township, NJ 07719-4435 |

           /s/ Kenneth Ritz