UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

HONORABLE MANUEL BARBOSA                Hearing Date: 9/13/06

Bankruptcy Case No. 05 B 70657    Adversary No. _____

Title of Cause: TAN BOOKS AND PUBLISHERS, INC.

Brief Statement
of Motion: CONFIRMATION HEARING

Name and Addresses    BRIAN M. GRAHAM
of moving counsel:    SMITHAMUNDSEN LLC
                      150 N. MICHIGAN AVE.
                      SUITE 3300
                      CHICAGO IL 60601

Representing: _____

**ORDER**

DEBTOR IS GRANTED A FINAL EXTENSION OF TIME TO FILE A PLAN AND DISCLOSURE STATEMENT UNTIL SEPTEMBER 27, 2006

OCT 4 2006

A.A.P.M. BMB