UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| TAN BOOKS & PUBLISHERS, INC., | ) | Case No. 05-70657 |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | Hon. Manuel Barbosa |
| | ) | |

INITIAL ORDER REGARDING MOTION TO
RETAIN CO-AUCTIONEER AND FOR OTHER RELIEF

**THIS MATTER** coming before this Court on the Motion (the "Motion") of Fred Caruso, Trustee (the "Trustee") of the Chapter 11 bankruptcy estate (the "Estate") of TAN Books & Publishers, Inc. (the "Debtor") to Retain Co-Auctioneer and For Other Relief; due notice of the Motion having been served on all persons and parties entitled thereto, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

A.      The Motion is granted.

B.      The form of Supplemental Notice of Auction Sale of Equipment, as set forth in Exhibit C to the Motion, is hereby approved.

C.      The shortened notice as described in the Motion is appropriate under the circumstances and is approved.

4472926 v1

D.   A final hearing on this Motion shall be held before this Court on March 14, 2007 at 11 a.m.; and

Dated: March 7, 2007

MAR - 7 2007

ENTER:

_____
UNITED STATES BANKRUPTCY JUDGE

ORDER PREPARED BY:

Richard J. Mason (ARDC# 01787659)
John F. Pollick (ARDC# 03128122)
Michael M. Schmahl (ARDC #06275860)
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
(312) 849-8100
Attorneys for Fred Caruso, Trustee

E.  Objections to the Motion and the planned auction requested therein may be served via e-mail provided any such objection is sent so as to be received by March 13, 2007, and are sent to all of the parties identified in the Supplemental Notice sent to creditors as referred to in the Motion.