UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| IN RE:<br><br>TAN BOOKS & PUBLISHERS, INC.,<br><br>　　　　　　　　　　　　Debtor. | CHAPTER 11 BANKRUPTCY<br><br>CASE NO. 05-70657<br><br>Hon. Manuel Barbosa |
|---|---|

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing in said cause will be held in Room 115, Federal Building, 211 South Court Street, Rockford, Illinois, on the 6th day of June, 2007 at 10:30 a.m. or as soon thereafter as said cause may be heard, before His Honor, Judge Manuel Barbosa, or in his absence, before any other Judge that may be presiding in said Court Room, or before the emergency Judge for the Northern District, to consider and act upon one or more of the following matters:

**THIRD AND FINAL APPLICATION FOR ALLOWANCE OF FEES
FOR ATTORNEYS FOR DEBTORS**
(a copy of which is attached hereto)

At which time and place you may appear, if you so desire.

Dated: May 15, 2007

　　　　　　　　　　　　　　　　　　TAN BOOKS & PUBLISHERS, INC., DEBTOR
　　　　　　　　　　　　　　　　　　BY: SCHIRGER, MONTELEONE & HAMPILOS, P.C.

　　　　　　　　　　　　　　　By: /s/ George P. Hampilos
　　　　　　　　　　　　　　　　　　George P. Hampilos

George P. Hampilos – 6210622
SCHIRGER, MONTELEONE & HAMPILOS, P.C.
308 West State Street, Suite 210
Rockford, IL 61101
Telephone: 815/962-0044

-1-

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:                                       ) CHAPTER 11 BANKRUPTCY
                                             )
TAN BOOKS & PUBLISHERS, INC.                 ) CASE Nº 05-70657
                                             )
        Debtor.                              ) Hon. Manuel Barbosa

**THIRD AND FINAL APPLICATION FOR ALLOWANCE OF INTERIM FEES
AND EXPENSES OF ATTORNEYS FOR DEBTORS**

**Schirger, Monteleone & Hampilos, P.C.**, ("Applicant"), attorneys for **TAN BOOKS & PUBLISHERS, INC.**, (hereinafter referred to as "Debtor"), request compensation for professional services rendered and for reimbursement of costs and expenses, pursuant to 11 U.S.C. § 331, and states as follows:

1. All services for which compensation is requested by Applicant were performed for and on behalf of the Debtor, and not on behalf of any committee, creditor, or other person.

2. Applicant provided numerous legal services, including, but not limited to, consultation, legal research, general legal representation, more fully described in the invoice attached hereto.

3. Applicant is requesting attorney fees from November 9, 2006 through present date as set forth in the attached exhibit. The total amount which Applicant is requesting for fees is $7,267.50, for 32.3 hours billed at $225.00 per hour. These fees represent reasonable attorney fees when considered under the standards which have been set by United States Bankruptcy Courts.

4. The following is a breakdown and categorization of time:

    a.  **State Court Litigation**: Work relates to litigation involving DIP's efforts to collect unpaid rents due from R.L. Leek. Includes services for court appearances,

    pleadings, and document preparation and review, and drafting of legal memoranda.

    Hours: 11.7

  b. **Trial Preparation Time**: Primarily consists of preparation of witnesses and exhibits relating to DIP's Amended Plan and Third Amended Disclosure Statement.

    Hours: 5.1

  c. **Trial Time**: Court time for matters involving Plan and Disclosure Statement approval, professional fees of third-party professionals, and Andrew Gardner court matters.

    Hours: 4.8

  d. **Drafting of Pleadings/Operating Reports**: Preparation of pleadings and review of others' pleadings. Review and correct operating reports.

    Hours: 5.9

  e. **Communications with Client, Co-Counsel, and other Attorneys**: Entails personal meetings, telephone exchanges, letter writing, and emails amongst all counsel and interested parties.

    Hours: 4.8

5. On December 8, 2006, Applicant was awarded $38,722.50 in fees and $1,334.58 in expenses on its second Application for Allowance of Interim Fees and Expenses.

**WHEREFORE**, Applicant George P. Hampilos and Schirger, Monteleone & Hampilos pray that:

A. An allowance be made for post-petition professional services as an expense of administration in the total amount of $7,267.50;

B.    The Court grant any and all further relief as may be just and equitable.

**Schirger, Monteleone & Hampilos, P.C.**

BY: /s/ George P. Hampilos
George P. Hampilos

George P. Hampilos
**SCHIRGER, MONTELEONE & HAMPILOS**
308 West State Street #210
Rockford, IL 61103
Telephone: 815/962-0044
Facsimile: 815/962-6250

# Schirger Monteleone & Hampilos, P.C.

Schirger Monteleone & Hampilos, P.C.
308 West State Street
Suite 210
Rockford, IL 61101

(815) 962-0044
smhlawoffice@aol.com

**Invoice**

| DATE | INVOICE # |
|---|---|
| 05/15/2007 | 2003142 |

**BILL TO**

Tan Books & Publishers, Inc.

**Matter**: Chapter 11

| Date | Atty | Professional Service | Hour(s) | Amount |
|---|---|---|---|---|
| 11/09/2006 | SML | Appearance in state court to present Petition for Leave to File Amended Complaint. | 0.9 | 202.50 |
| 11/15/2006 | GPH | Review Monthly Operating Report and file same w/clerk. | 0.8 | 180.00 |
| 11/15/2006 | GPH | Court appearance (.8); conference w/client (.2). | 1 | 225.00 |
| 11/27/2006 | GPH | Telephone conference w/Tom Klingele re application for fees. | 0.2 | 45.00 |
| 11/27/2006 | GPH | Preparation of Second Fee Application for Accountants for Debtor. (1.0) Review statement re same. (.4) | 1.4 | 315.00 |
| 11/29/2006 | GPH | Court appearance (.9); conference w/client (.3). | 1.2 | 270.00 |
| 11/30/2006 | GPH | Review statement of charges received from Patricia Clotfelter re adversary proceeding against Andrew Gardner. | 0.8 | 180.00 |
| 11/30/2006 | GPH | Preparation of Application for Allowance of Fees and Expenses for attorneys in adversary proceeding against Andrew Gardner. (1.3) Telephone conferences re same. (.3) | 1.6 | 360.00 |
| 12/05/2006 | GPH | Review Objections of Creditors' Committee to Debtor's third Amended Disclosure Statement. (1.2) Telephone conference w/client (.3); review file (.6); prepare for hearing on Disclosure Statement (4.7). | 6.8 | 1,530.00 |
| 12/06/2006 | GPH | Court appearance (1.0); conference w/client in preparation for same (.5). | 1.5 | 337.50 |
| 12/06/2006 | SML | Conduct legal research on filing amended complaint between time of summary judgment and actual order, read case law (1.8); begin drafting memorandum of law (1.5). | 3.3 | 742.50 |
| 12/07/2006 | GPH | Review correspondence from Brian Graham to Judge Barbosa. | 0.4 | 90.00 |
| 12/07/2006 | SML | Finish drafting memorandum of law (2.5); review and revise same (.5); draft letter to Judge Pirrello, copy memorandum, mail to parties (.5). | 3.5 | 787.50 |
| 12/08/2006 | GPH | Conference w/client re case strategies. | 1 | 225.00 |
| 12/20/2006 | GPH | Review Monthly Operating Report and file same w/clerk. | 0.9 | 202.50 |
| 12/20/2006 | GPH | Court appearance (.7); conference w/client (.2). Conferences w/opposing counsel (.1). | 1 | 225.00 |

Continue to the next page..

Page 2 of 2

| Date | Atty | Professional Service | Hour(s) | Amount |
|---|---|---|---|---|
| 12/27/2006 | SML | Review Response Memorandum of Law from Reno Zahm (.8); draft Reply Memorandum of Law (2.5). | 3.2 | 720.00 |
| 12/28/2006 | GPH | Review Motion of Trustee to use cash collateral claimed by the IRS. | 0.4 | 90.00 |
| 12/28/2006 | SML | Review and revise Reply Memorandum (.7); copy and mail to Judge Pirrello and attorney (.1). | 0.8 | 180.00 |
| 05/15/2007 | GPH | Preparation of Third and Final Fee Application (.8) Anticipated time for court appearance regarding same (.8) | 1.6 | 360.00 |

TAN BOOKS v. R.L. LEEK
WINNEBAGO COUNTY, ILLINOIS
TAN BOOKS & PUBLISHERS INC.
CHAPTER 11 PROCEEDING

**TOTAL** $7,267.50

## PROOF OF SERVICE

The undersigned, being first duly sworn, states that a copy of the foregoing **Notice of Hearing** was served upon the persons listed below by ECF and by first class mail, postage prepaid, on the 15th day of May, 2007 at or before the hour of 5:00 p.m.

Michael M. Schmahl, Esq.
McGuire Woods LLP
77 W. Wacker Drive #4100
Chicago, IL  60601

Attorney Louis W. Levit
555 Skokie Boulevard, Suite 500
Northbrook, IL 60062

Sheree G. Dandurand
Assistant U.S. Trustee
United States Department of Justice
780 Regent Street, Suite 304
Madison, WI  53715

Attorney Brian M. Graham
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 N. Clark Street, Suite 800
Chicago, IL  60610

Ronald R. Peterson
Jenner & Block, LLC
One IBM Plaza
Chicago, IL  60611

Patricia Clotfelter
Baker, Donelson, Bearman,
 Caldwell & Berkowitz, PC
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203

Tyler A. Moore
Barrick, Switzer, Long, Balsley
 & Van Evera
6833 Stalter Drive
Rockford, IL  61008


/s/ George P. Hampilos

**George P. Hampilos**
SCHIRGER, MONTELEONE & HAMPILOS, P.C.
308 West State Street, #210
Rockford, IL  61101
Telephone: 815/962-0044