**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 05 B 70657 |
| TAN BOOKS AND PUBLISHERS, INC., | ) | Judge Manuel Barbosa |
| | ) | Hearing Date:  December 30, 2009 |
| Debtor. | ) | Hearing Time: 10:30 a.m. |

**NOTICE OF MOTION**

To:  Persons Listed on Attached Service List

     PLEASE TAKE NOTICE that on **December 30, 2009**, at the hour of **10:30 a.m.**, the undersigned shall appear before the Honorable Manuel Barbosa, United States Bankruptcy Judge, at 211 S. Court St., Courtroom 115, Rockford, Illinois, and shall then and there present the **Official Committee of Unsecured Creditors' Motion to Extend Time for Committee Professionals to File Final Applications for Allowance of Compensation and Reimbursement of Expenses**, a copy of which is attached hereto and hereby served upon you.

Dated:  December 21, 2009

                                        Respectfully submitted,

                                        THE OFFICIAL COMMITTEE OF
                                        UNSECURED CREDITORS OF TAN
                                        BOOKS & PUBLISHERS, INC.

                                        By:     /s/ Ean L. Kryska
                                             One of its attorneys

Brian M. Graham (ARDC #6243015)
William S. Hackney (ARDC #6256042)
Ean L. Kryska (ARDC #6286649)
SmithAmundsen LLC
150 N. Michigan Avenue
Suite 3300
Chicago, Illinois 60601
(312)894-3200

2

## CERTIFICATE OF SERVICE

    I, Ean L. Kryska, an attorney, hereby certify that the foregoing Notice of Motion, together with a true copy of the **Official Committee of Unsecured Creditors' Motion to Extend Time for Committee Professionals to File Final Applications for Allowance of Compensation and Reimbursement of Expenses** was served upon each of the parties listed on the attached Service List by electronic mail on this 21st day of December, 2009.

                                                       /s/ Ean L. Kryska

## SERVICE LIST

Richard J. Mason rmason@mcguirewoods.com, docket@mcguirewoods.com;cgundcrson@mcguirewoods.com;

William T Neary USTPRegionll.MD.ECF@usdoj.gov

Sheree G. Dandurand 'sheree.g.dandurand@usdoj.gov'

Carole Ryczek Carole.Ryczek@usdoj.gov

Ronald Peterson rpeterson@jenner.com

John F. Pollick jpollick@mcguirewoods.com

Michael M Schmahl mschmahl@mcguirewoods.com, docket@mcguirewoods.com;cgunderson@mcguirewoods.com

Patricia K. Smoots psmoots@mcguirewoods.com

George P. Hampilos georgehamp@aol.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 05 B 70657 |
| TAN BOOKS AND PUBLISHERS, INC., | ) | Judge Manuel Barbosa |
| | ) | Hearing Date: December 30, 2009 |
| Debtor. | ) | Hearing Time: 10:30 a.m. |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION**
**TO EXTEND TIME FOR COMMITTEE PROFESSIONALS TO FILE FINAL**
**APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES**

The Official Committee of Unsecured Creditors (the "Committee") of TAN Books and Publishers, Inc. ("TAN" or the "Debtor"), through its counsel, SmithAmundsen LLC ("SA"), moves the Court (the "Motion") to extend the time for Committee professionals to file final applications for allowance of compensation and reimbursement of expenses, and states in support as follows:

**BACKGROUND**

1. On or about February 18, 2005, the Debtor filed a voluntary petition for relief under 11 U.S.C. § 1101, *et seq.*

2. On or about April 12, 2005, the United States Trustee appointed the Committee pursuant to 11 U.S.C. § 1102 to represent the interest of all unsecured creditors in this case.

3. On or about May 3, 2006, this Court entered an order granting the application of the Committee to retain Brian M. Graham ("Graham") and the law firm of Shaw Gussis Fishman Glantz Wolfson & Towbin LLC as additional counsel to the Committee.

4. On or about September 20, 2006, this Court entered an order on motion of the Committee to retain Graham and his new firm, SA, as substitute additional counsel to the Committee.

5. On December 20, 2006, the Court entered an order appointing Fred Caruso as the trustee of the Debtor's estate.

6. On June 1, 2009, this Court confirmed the Trustee's Revised Chapter 11 Plan of Liquidation (the "Plan"), which became effective on October 22, 2009. Pursuant to the Notice of Effective Date of Trustee's Revised Chapter 11 Plan of Liquidation Dated March 2, 2009, and Certain Deadlines, the deadline to file fee applications for professional services is December 21, 2009.

**RELIEF REQUESTED**

7. Pursuant to this Motion, the Committee respectfully requests entry of an order extending Committee professionals' time to file final applications for allowance of compensation reimbursement of expenses through and including December 31, 2009. SA needs a day or two more to prepare its final application and the Committee wants to be sure that all professionals it has retained have filed their applications. No party will be prejudiced by this extension.

2

WHEREFORE, the Official Committee of Unsecured Creditors of TAN Books and Publishers, Inc. respectfully requests that this Court enter an order extending Committee professionals' time to file final applications for allowance of compensation and reimbursement of expenses, and granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF TAN
BOOKS & PUBLISHERS, INC.


By:     /s/ Ean L. Kryska
    One of its attorneys

Brian M. Graham (ARDC #6243015)
William S. Hackney (ARDC #6256042)
Ean L. Kryska (ARDC #6286649)
SmithAmundsen LLC
150 N. Michigan Avenue
Suite 3300
Chicago, Illinois 60601
(312)894-3200